IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS BARD,

    Plaintiff,

v.

KENECHI ANULIGO, et al

    Defendants.

ORDER

Case No. 20-cv-1122-wmc

On December 21, 2020, plaintiff Nicholas Bard submitted a trust fund account statement preceding the filing of the compliant to determine if plaintiff qualifies for indigent status and if so, assess an initial partial payment of the $350 filing fee. A decision regarding plaintiff's indigency status cannot be made at this time because the trust fund account statement submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted a statement dated November 23, 2020 to December 7, 2020. This statement is insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately June 21, 2020 and ending approximately December 21, 2020. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Nicholas Bard may have an enlargement of time until January 11, 2021 to submit a certified trust fund account statement for the period beginning approximately June 21, 2020 and ending approximately December 21, 2020. If, by January 11, 2021, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 21st day of December, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge